IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mauricio Leon; | ) | C.A. No. 3:08-3332-TLW-JRM |
| | ) | |
| Petitioner; | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Michael McCall, Perry Correctional | ) | |
| Institution; | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Petitioner, proceeding *pro se*, brings this action seeking habeas relief pursuant to 28

U.S.C. § 2254. Petitioner is an inmate with the South Carolina Department of Corrections, serving

twenty-five years on a drug conviction. Petitioner seeks release from custody.

On September 2, 2009, United States Magistrate Judge Joseph McCrorey, to whom this case

had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.),

filed a Report and Recommendation ("the Report"). In his Report, Magistrate Judge McCrorey

recommends that the Respondents' motion for summary judgment be granted and that this case be

dismissed. On September 17, 2009, Petitioner filed objections to the Magistrate's Report.

This Court is charged with reviewing the Magistrate's Report and the Petitioner's objections

thereto. In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party
> may file written objections. . . . The Court is not bound by the recommendation of
> the magistrate judge but, instead, retains responsibility for the final determination.
> The Court is required to make a de novo determination of those portions of the report
> or specified findings or recommendation as to which an objection is made. However,
> the Court is not required to review, under a de novo or any other standard, the factual

1

or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F.Supp. 137, 138 (D.S.C. 1992)

(citations omitted).

In light of this standard, the Court has carefully reviewed, de novo, the Report and the objections thereto and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 36); Petitioner's objections are **OVERRULED** (Doc. # 37); and this petition is dismissed.

S/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

September 23, 2009
Florence, South Carolina